FILED
 2010 Dec-16  PM 02:15
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANTWAIN VONTELL MAYE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | **Civil Action No: CV 10-S-1822-S** |
| ) | |
| **COMMISSIONER RICHARD** ) | |
| **ALLEN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The magistrate judge filed a report and recommendation on November 18, 2010, recommending that plaintiff's claims against Commissioner Richard Allen and Warden Gary Hetzel be dismissed. It was further recommended that plaintiff's claim that Officers Charles Willis and Walter Hawkins assaulted him on January 15, 2010, be referred to the magistrate judge for further proceedings. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and his recommendation is ACCEPTED. Accordingly, it is ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action except the claims that Officers Charles Willis and Walter Hawkins assaulted him are DISMISSED pursuant to 28

U.S.C. § 1915A(b).  It is further ORDERED  that the plaintiff's claim that he was assaulted by Officers Willis and Hawkins on January 15, 2010, is REFERRED to the magistrate judge for further proceedings.

_____
United States District Judge